**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH, | Case No. CV 19-5562-DMG (PLAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| 116 S MARKET LLC, | |
| Defendant. | |

The Court having granted Plaintiff Michael Smith's Motion for Summary Judgment by order dated March 11, 2020,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff and against Defendant 116 S Market LLC. Defendant is ordered to pay Plaintiff a total of $12,000 in civil penalties and to comply with the Americans with Disabilities Act ("ADA") and California Unruh Civil Rights Act by providing parking spaces and access routes to its property located at 116 S. Market Street, Inglewood, California that are in compliance with the ADA Accessibility Guidelines.

DATED: March 11, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE