# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Central District of California

U.S. District Court case number: 2:19-cv-05562-DMG-PLA

Date case was first filed in U.S. District Court: 06/26/2019

Date of judgment or order you are appealing: 03/11/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

116 S Market LLC

Is this a cross-appeal?  ○ Yes   ○ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ○ No

If Yes, what is the prior appeal case number?

Your mailing address:

Lewis Brisbois Bisgaard & Smith LLP, Stephen E. Abraham, Esq.

633 West 5th Street, Suite 4000

City: Los Angeles   State: CA   Zip Code: 90071

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Stephen E. Abraham   **Date** March 16, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Rev. 12/01/2018