UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Michael Smith**, <br> Plaintiff, <br> v. <br> **116 S. Market LLC,** a California Limited Liability Company, <br> Defendants. | Case No.: CV 19-5562-DMG (PLAx) <br><br> **AMENDED JUDGMENT [79]** |

The Court having granted Plaintiff Michael Smith's Motion for Summary Judgment by order dated March 11, 2020,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Michael Smith and against Defendant 116 S Market LLC.  Defendant is ordered to pay Plaintiff a total of $12,000 in civil penalties and to comply with the Americans with Disabilities Act ("ADA") and California Unruh Civil Rights Act by providing parking spaces and access routes to its property located at 116 S. Market Street, Inglewood, California that are in compliance with the ADA Accessibility Guidelines.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, having issued an Order on January 15, 2021 [Doc. # 78] awarding Plaintiff fees and costs, Defendant shall pay Plaintiff $28,256.25 in attorneys' fees and $4,105 in costs, for a total judgment amount of $44,361.25, against Defendant and in favor of Plaintiff.

IT IS SO ORDERED.

DATED: March 3, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE